UNITED STATES BANKRUPTCY COURT NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

IN RE:     *

    *     Case No: 24-52404-PWB

**PAMELA J BOOKER**     *
**ORONDE BOOKER**     *

    *     Chapter 7

Debtor(s)     *
    *

## AMENDMENDED SCHEDULE J, SUMMARY OF SCHEDULES AND DECLARATION OF SCHEDULES

COMES NOW, the Debtors, PAMELA J BOOKER AND ORONDE BOOKER, by and through Counsel and files this Amendment to Chapter 7 Schedules J, Summary of Schedules, and Declaration of Schedules showing to the Court as follows:

1.

Debtors would like to amend their schedule J because they needed to add their car insurance and needed to add it to their expenses. It was unintentionally omitted from the initial bankruptcy petition. As a result of this amendment, the Summary of Schedules and Declaration of Schedules also need updating. The amended schedule are attached for reference as Exhibit "A".

WHEREFORE, Debtor prays:
1. That this Amendment be read, filed and considered;
2. That the Court accord Debtor any other relief it deems mete and proper.

This 7th day of April, 2024.

                                                             /s/ Joycelyn Curry
                                                              Joycelyn Curry

                                                              Attorney for Debtor
                                                              GA Bar No.: 142878

The Curry Firm, LLC
P.O. Box 162670
Atlanta, GA 30321
Phone: (404) 850-2330

UNITED STATES BANKRUPTCY COURT NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Case No: 24-52404-PWB |
| **PAMELA J BOOKER** | * | |
| **ORONDE BOOKER** | * | |
| | * | Chapter 7 |
| Debtor(s) | * | |
| | * | |

## VERIFICATION

I, PAMELA J BOOKER AND ORONDE BOOKER, petitioners in the foregoing petition, declare, under penalty of perjury, pursuant to Bankruptcy Rule 1008, that the foregoing Amendment is true and correct.

Date: April 7, 2024.

                                                                          /s/        Pamela J Booker
                                                                                 Debtor

                                                                         /s/        Oronde Booker
                                                                             Debtor

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Pamela**<br>First Name | **J**<br>Middle Name | **Booker**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Oronde**<br>First Name | <br>Middle Name | **Booker**<br>Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | |
| Case number<br>(if known) | **24-52404** | | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**
- ☐ No. Go to line 2.
- ☒ Yes. **Does Debtor 2 live in a separate household?**
    - ☒ No
    - ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

- ☐ No
- ☒ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 16 | ☐ No<br>☒ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**
- ☒ No
- ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**
   Include first mortgage payments and any rent for the ground or lot.            4.  **$1,200.00**

   If not included in line 4:

   4a. Real estate taxes                                                           4a. _____
   4b. Property, homeowner's, or renter's insurance                                4b. _____
   4c. Home maintenance, repair, and upkeep expenses                               4c. _____
   4d. Homeowner's association or condominium dues                                 4d. _____

| Debtor 1 | **Pamela J Booker** | | |
|---|---|---|---|
| Debtor 2 | **Oronde Booker** | Case number (if known) | **24-52404** |

**Your expenses**

| | | | |
|---|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. | **$325.00** |
| | 6b.   Water, sewer, garbage collection | 6b. | **$100.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$125.00** |
| | 6d.   Other. Specify:  **Cell Phone** | 6d. | **$350.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$700.00** |
| 8. | **Childcare and children's education costs** | 8. | **$895.50** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$166.67** |
| 10. | **Personal care products and services** | 10. | **$250.00** |
| 11. | **Medical and dental expenses** | 11. | |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$481.67** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | |
| 14. | **Charitable contributions and religious donations** | 14. | **$55.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. | |
| | 15b.   Health insurance | 15b. | |
| | 15c.   Vehicle insurance | 15c. | **$715.00** |
| | 15d.   Other insurance.  Specify: | 15d. | |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | |
| | 17b.   Car payments for Vehicle 2 | 17b. | |
| | 17c.   Other.  Specify: | 17c. | |
| | 17d.   Other.  Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

Official Form 106J          Schedule J: Your Expenses          page 2

Debtor 1 **Pamela J Booker**
Debtor 2 **Oronde Booker**                          Case number (if known) **24-52404**

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | |
| 20b. | Real estate taxes | 20b. | |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. | Homeowner's association or condominium dues | 20e. | |

**21.** **Other.** Specify: _____ 21. + _____

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$5,363.84** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$5,363.84** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$5,217.70** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. − | **$5,363.84** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($146.14)** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

Official Form 106J                    Schedule J: Your Expenses                    page 3

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Pamela**<br>First Name | **J**<br>Middle Name | **Booker**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Oronde**<br>First Name | <br>Middle Name | **Booker**<br>Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | |
| Case number<br>(if known) | **24-52404** | | |

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B............................................................................................... **$0.00**

   1b. Copy line 62, Total personal property, from Schedule A/B.................................................................................... **$20,606.55**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................................................ **$20,606.55**

## Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$26,805.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... **$0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + **$373,472.72**

   **Your total liabilities** **$400,277.72**

## Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I................................................................................ **$5,217.70**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J........................................................................................... **$5,363.84**

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1

Debtor 1    **Pamela J Booker**
Debtor 2    **Oronde Booker**                                              Case number (if known)  __24-52404__

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income:*  Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,**  Form 122B Line 11; **OR,** Form 122C-1 Line 14.                    **$5,209.00**

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

   **Total claim**

   **From Part 4 on** *Schedule E/F,* **copy the following:**

   9a.  Domestic support obligations.  (Copy line 6a.)                                            **$0.00**

   9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)                   **$0.00**

   9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)         **$0.00**

   9d.  Student loans.  (Copy line 6f.)                                                     **$193,998.00**

   9e.  Obligations arising out of a separation agreement or divorce that you did not report as   **$0.00**
        priority claims.  (Copy line 6g.)

   9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   **+   $0.00**

   9g.  **Total.**   Add lines 9a through 9f.                                              **$193,998.00**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Pamela** | **J** | **Booker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Oronde** | | **Booker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | |
| Case number (if known) | **24-52404** | | |

☐ Check if this is an amended filing

Official Form 106Dec

### Declaration About an Individual Debtor's Schedules       12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Pamela J Booker**                              X **/s/ Oronde Booker**
Pamela J Booker, Debtor 1                              Oronde Booker, Debtor 2

Date **04/07/2024**                                    Date **04/07/2024**
MM / DD / YYYY                                         MM / DD / YYYY

Official Form 106Dec       Declaration About an Individual Debtor's Schedules       page 1

UNITED STATES BANKRUPTCY COURT NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Case No: 24-52404-PWB |
| PAMELA J BOOKER | * | |
| ORONDE BOOKER | * | |
| | * | Chapter 7 |
| Debtor(s) | * | |
| | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing

AMENDMENT TO SCHEDULE J, SUMMARY OF SCHEDULES AND DECLARATION

OF SCHEDULES using the Bankruptcy Court's Electronic Case Filing program, which

sends a notice of this document and an accompanying link to this document to all registered

parties who have filed appearances in the above captioned as follows:

Cathy L. Scarver
P. O. Box 672587
Marietta, GA 30006

And all the creditors on the creditor matrix

This 7th day of April, 2024.

                                                                                                                       /s/ Joycelyn Curry
                                                                                                                         Joycelyn Curry
                                                                                                                      Attorney for Debtor
                                                                                                                      GA Bar No.: 142878

The Curry Firm, LLC
P.O. Box 162670
Atlanta, GA 30321
Phone: (404) 850-2330

```
Acima Digital FKA Simple
13907 S Minuteman Dr FL 5
Draper, UT 84020




AES Credit
P.O. Box 61047
Harrisburg, PA 17106-104




Aidvantage - Department of Education
P.O. Box 4450
Portland, OR 97208-4450




Aidvantage - Department of Education
P.O. Box 300001
Greenville, TX 75403-3001




American Express
P.O. Box 981537
El Paso, TX 79998




Apple Card - GS Bank
Lockbox 6112
P.O. Box 7247
Philadelphia, PA 19170-6112




ATLAS ADVANCED FUNDING, LLC.
1 32 32ND STREET
Springfield. IL 62703




Attentive Mobile, INC
c/o McCarthy, Burges &Wolff
The MB&W Building
26000 Cannon Road
Cleveland, Ohio 44146

BREIT STONE MOUNTAIN OWNER, LLC,
c/o Luke A. Kill
Andre Kill & McCarthy, LLP
244 Roswell Street, Suite 1000
Marietta, GA 30060
```

```
Brian Burton




CEP America, LLC
2100 Powell St
Suite 400
Emeryville, CA 94608


David L. Mills
6075 Barfield Road
Atlanta GA 30328



Dekalb County Finance
Utilities Customer Operations
P.O. Box 71224
Charlotte, NC 28272


DIVVY
C/O Caine & Weiner
5805 Sepulveda Blvd 4th Floor
Sherman Oaks, CA 91411


DR LOCS
5901 Goshen Springs Rd, Ste D
Norcross, GA 30071



Extra Space Storage
2232 Mountain Industrial Blvd
Tucker, GA 30084



Guy Riek
Life Health Systems
325 Barclay Circle
Marietta, GA 30060


I C System, Inc.
P.O. Box 64378
Saint Paul, MN 55164
```

```
Koils by Nature, LLC
4325 1st Avenue
#2549
Tucker, GA 30084


Michael Welsh
Welsh Law LLC
6300 Powers Ferry Drive Suite 600-295
Atlanta, Georgia 30339


Navy Federal Credit Union
P.O. Box 37000
Merrifield, VA 22119



Rithum
1201 Peachtree St NE, Suite 600
Atlanta, GA 30361-3510



Robert Federal
The Federal Firm, LLC
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328


Self/Lead Bank
901 E 6th Street, Suite 400
Austin, TX 78702



Self/Lead Bank
1801 Main St
Kansas City MO 64108



UL Verification Services Inc.
333 Pfingsten Road
Northbrook, IL, 60062



Wakefield & Associates
Department #888640
Knoxville, TN 37995
```