## UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | **Case No: 24-52404-PWB** |
| **PAMELA J BOOKER** | * | |
| **ORONDE BOOKER** | * | |
| | * | **Chapter 7** |
| Debtor(s) | * | |
| | * | |

## AMENDMENDMENT TO SCHEDULE F, I, J, SUMMARY OF SCHEDULES AND DECLARATION OF SCHEDULES

COMES NOW, the Debtors, PAMELA J BOOKER AND ORONDE BOOKER, by and through Counsel and files this Amendment to Chapter 7 Schedules F, I, J, Summary of Schedules, and Declaration of Schedules showing to the Court as follows:

1.

Debtors would like to amend Schedule F to add additional unsecured creditors who were inadvertently left off their schedules. Debtors would like to amend Schedule I because they have less business expenses with the closing of their main business Koils by Nature. Debtors would like to amend their schedule J because they needed to add their car payment which was inadvertently left off their schedules. insurance and needed to add it to their expenses. It was unintentionally omitted from the initial bankruptcy petition. As a result of this amendment, the Summary of Schedules and Declaration of Schedules also need updating. The amended schedules are attached for reference as Exhibit "A".

WHEREFORE, Debtor prays:
1. That this Amendment be read, filed and considered;
2. That the Court accord Debtor any other relief it deems mete and proper.

This 18th day of April, 2024.

     /s/ Joycelyn Curry
Joycelyn Curry

Attorney for Debtor
GA Bar No.: 142878

The Curry Firm, LLC
P.O. Box 162670
Atlanta, GA 30321
Phone: (404) 850-2330

**UNITED STATES BANKRUPTCY COURT NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | **Case No: 24-52404-PWB** |
| **PAMELA J BOOKER** | * | |
| **ORONDE BOOKER** | * | |
| | * | **Chapter 7** |
| **Debtor(s)** | * | |
| | * | |

---

### <u>VERIFICATION</u>

I, PAMELA J BOOKER AND ORONDE BOOKER, petitioners in the foregoing

petition, declare, under penalty of perjury, pursuant to Bankruptcy Rule 1008, that the

foregoing Amendment is true and correct.

Date: April 18, 2024.

　　　　　　　　　　　　　　　　　／s／　　　　Pamela J Booker
　　　　　　　　　　　　　　　　　Debtor


　　　　　　　　　　　　　　　　　／s／　　　　Oronde Booker
　　　　　　　　　　　　　　　　　Debtor

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pamela** | **J** | **Booker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Oronde** | | **Booker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known) **24-52404**

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|---|
| **2.1** | | _____ | _____ | _____ |

| | |
|---|---|
| _____<br>Priority Creditor's Name | **Last 4 digits of account number** __ __ __ __ |
| | **When was the debt incurred?** _____ |
| _____<br>Number        Street | |
| _____ | **As of the date you file, the claim is:** Check all that apply. |
| _____ | ☐ Contingent |
| _____<br>City                State        ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another |    intoxicated |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

Debtor 1    **Pamela J Booker**
Debtor 2    **Oronde Booker**

Case number (if known)    **24-52404**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐    No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑    Yes

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
    If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what
    type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in
    Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |

**4.1**

**Acima Digital FKA Simple**    $624.00
Nonpriority Creditor's Name
**13907 S Minuteman Dr FL 5**
Number        Street

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    _____

**Draper**                    **UT**    **84020**
City                    State    ZIP Code

As of the date you file, the claim is:  Check all that apply.
☐    Contingent
☐    Unliquidated
☐    Disputed

**Who incurred the debt?**    Check one.
☐    Debtor 1 only
☑    Debtor 2 only
☐    Debtor 1 and Debtor 2 only
☐    At least one of the debtors and another

☐    **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐    Student loans
☐    Obligations arising out of a separation agreement or divorce
        that you did not report as priority claims
☐    Debts to pension or profit-sharing plans, and other similar debts
☑    Other.  Specify
    **Account**

**Is the claim subject to offset?**
☑    No
☐    Yes

**4.2**

**Acima Digital FKA Simple**    $1,120.00
Nonpriority Creditor's Name
**13907 S Minuteman Dr FL 5**
Number        Street

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    _____

**Draper**                    **UT**    **84020**
City                    State    ZIP Code

As of the date you file, the claim is:  Check all that apply.
☐    Contingent
☐    Unliquidated
☐    Disputed

**Who incurred the debt?**    Check one.
☐    Debtor 1 only
☑    Debtor 2 only
☐    Debtor 1 and Debtor 2 only
☐    At least one of the debtors and another

☐    **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐    Student loans
☐    Obligations arising out of a separation agreement or divorce
        that you did not report as priority claims
☐    Debts to pension or profit-sharing plans, and other similar debts
☑    Other.  Specify
    **Account**

**Is the claim subject to offset?**
☑    No
☐    Yes

Debtor 1   **Pamela J Booker**
Debtor 2   **Oronde Booker**

Case number (if known) __24-52404__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 | |
| --- | --- |
| | **$5,586.00** |

**AES Credit**
Nonpriority Creditor's Name
**P.O. Box 61047**
Number      Street
**Harrisburg, PA 17106-104**

_____

City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

| 4.4 | |
| --- | --- |
| | **$7,253.00** |

**Aidvantage - Department of Education**
Nonpriority Creditor's Name
**P.O. Box 4450**
Number      Street

_____

**Portland                    OR      97208-4450**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

| 4.5 | |
| --- | --- |
| | **$181,159.00** |

**Aidvantage - Department of Education**
Nonpriority Creditor's Name
**P.O. Box 4450**
Number      Street

_____

**Portland                    OR      97208-4450**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

Debtor 1    **Pamela J Booker**
Debtor 2    **Oronde Booker**

Case number (if known) **24-52404**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.6 | |
| --- | --- |

**$6,702.00**

**American Express**
Nonpriority Creditor's Name
**P.O. Box 981537**
Number      Street

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**El Paso              TX      79998**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

| 4.7 | |
| --- | --- |

**$2,221.00**

**Apple Card - GS Bank**
Nonpriority Creditor's Name
**Lockbox 6112**
Number      Street
**P.O. Box 7247**

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Philadelphia          PA      19170-6112**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

Debtor 1   **Pamela J Booker**
Debtor 2   **Oronde Booker**

Case number (if known) **24-52404**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.8**

|  | $100.00 |

**ATLAS ADVANCED FUNDING, LLC.**
Nonpriority Creditor's Name
**1 32 32ND STREET**
Number      Street

**Springfield.**          **IL**      **62703**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**personal gurantees**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Account**

**4.9**

|  | $21,159.00 |

**Attentive Mobile, INC**
Nonpriority Creditor's Name
**c/o McCarthy, Burges &Wolff**
Number      Street
**The MB&W Building**

**26000 Cannon Road**

**Cleveland**          **OH**      **44146**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**personal gurantees**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Account**

Debtor 1   **Pamela J Booker**
Debtor 2   **Oronde Booker**

Case number (if known)   **24-52404**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.10 | | $66,098.02 |
|---|---|---|

**BREIT STONE MOUNTAIN OWNER, LLC,**
Nonpriority Creditor's Name
**c/o Luke A. Kill**
Number     Street
**Andre Kill & McCarthy, LLP**

**244 Roswell Street, Suite 1000**

**Marietta            GA       30060**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**personal gurantees**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Lease**

| 4.11 | | $12,000.00 |
|---|---|---|

**David L. Mills**
Nonpriority Creditor's Name
**6075 Barfield Road**
Number     Street

**Atlanta            GA       30328**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Dispute**

**21CV1732, David L. Mills v. Koils by Nature, LLC, Pamela J. Booker Et Al**
**Dekalb County Superior Court**

Debtor 1  **Pamela J Booker**
Debtor 2  **Oronde Booker**

Case number (if known)  **24-52404**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |
|---|

**4.12**

| | **$6,201.71** |

**Dekalb County Finance**
Nonpriority Creditor's Name
**Utilities Customer Operations**
Number      Street
**P.O. Box 71224**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**Charlotte**          **NC**    **28272**
City                      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**  Check one.

- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Utility**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**past due bill due to previous leaks**

**4.13**

| | **$1,819.55** |

**Dekalb County Sanitation**
Nonpriority Creditor's Name
**P.O. Box 71224**
Number      Street

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**  **12/4/2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Charlotte**          **NC**    **28272-1224**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Utility**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Koils by Nature Account**

| Debtor 1 | **Pamela J Booker** |
|---|---|
| Debtor 2 | **Oronde Booker** |

Case number (if known) **24-52404**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.14

**DEUTSCHE BANK NATIONAL TRUST**
Nonpriority Creditor's Name

**C/O GREEN TREE SERVICING**

Number      Street
**7360 S KYRENE RD**

**TEMPLE HILLS          MD      20748**
City                        State     ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**DEUTSCHE BANK NATIONAL TRUST vs BOOKER, ORANDE L**
**05-02-0046623-2010**
**District Court For Prince George's County - Civil**

**Contract Dispute**

**$24,498.40**

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Lawsuit**

### 4.15

**DIVVY**
Nonpriority Creditor's Name

**C/O Caine & Weiner**

Number      Street
**5805 Sepulveda Blvd 4th Floor**

**Sherman Oaks          CA      91411**
City                        State     ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**possible personal gurantees**

**$15,693.77**

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Account**

Debtor 1    **Pamela J Booker**
Debtor 2    **Oronde Booker**
                                                  Case number (if known)    **24-52404**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

                                                                      **Total claim**

**4.16**
                                                                        **$7,824.22**

**DR LOCS**
                                                  Last 4 digits of account number     __ __ __ __
Nonpriority Creditor's Name
**5901 Goshen Springs Rd, Ste D**     When was the debt incurred?     _____
Number     Street

                                      **As of the date you file, the claim is:** Check all that apply.
                                      ☐ Contingent
                                      ☐ Unliquidated
**Norcross**        **GA**   **30071**    ☐ Disputed
City               State   ZIP Code
**Who incurred the debt?**  Check one.     **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                 ☐ Student loans
☐ Debtor 2 only                 ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only         that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other. Specify
                                          **Account**
**Is the claim subject to offset?**
☑ No
☐ Yes

**possible personal gurantees**

**4.17**
                                                                          **$1,220.00**

**Extra Space Storage**
                                                  Last 4 digits of account number     __ __ __ __
Nonpriority Creditor's Name
**2232 Mountain Industrial Blvd**     When was the debt incurred?     _____
Number     Street

                                        **As of the date you file, the claim is:** Check all that apply.
                                      ☐ Contingent
                                      ☐ Unliquidated
**Tucker**         **GA**   **30084**    ☐ Disputed
City               State   ZIP Code
**Who incurred the debt?**  Check one.     **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                 ☐ Student loans
☐ Debtor 2 only                   ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only         that you did not report as priority claims
☑ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other. Specify
**Is the claim subject to offset?**                      **Agreement**
☑ No
☐ Yes

**items witin the storage units belong to Koils by Nature, LLC a business owned by Debtors which is also in a Chapter 7
bankruptcy.**

Debtor 1   **Pamela J Booker**
Debtor 2   **Oronde Booker**
_____   Case number (if known)   **24-52404**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.18**
                                                                                                    **$709.00**

**I C System, Inc.**
Nonpriority Creditor's Name
**P.O. Box 64378**
Number        Street
_____

_____

**Saint Paul**          **MN**    **55164**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for -Life Health Systems**

---

**4.19**
                                                                                                    **$23,905.00**

**Navy Federal Credit Union**
Nonpriority Creditor's Name
**P.O. Box 37000**
Number        Street
_____

_____

**Merrifield**          **VA**    **22119**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?**   **4/01/2021**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Revolving Account**

---

**4.20**
                                                                                                    **$2,085.00**

**Navy Federal Credit Union**
Nonpriority Creditor's Name
**P.O. Box 37000**
Number        Street
_____

_____

**Merrifield**          **VA**    **22119**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Revolving Account**

Debtor 1   **Pamela J Booker**
Debtor 2   **Oronde Booker**

Case number (if known)   **24-52404**

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| | |
|---|---|
| 4.21 | **$1,052.00** |

**Rithum**
Nonpriority Creditor's Name
**1201 Peachtree St NE, Suite 600**
Number        Street

**Atlanta**          **GA**      **30361-3510**
City                 State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Account**

| | |
|---|---|
| 4.22 | **$7,000.00** |

**Robert Federal**
Nonpriority Creditor's Name
**The Federal Firm, LLC**
Number      Street
**10 Glenlake Parkway, Suite 130**

**Atlanta**          **GA**      **30328**
City                 State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Attorney Fees**

**funds owed to special master related to 21CV1732, David L. Mills v. Koils by Nature, LLC, Pamela J. Booker Et Al
Dekalb County Superior Court**

Debtor 1    **Pamela J Booker**
Debtor 2    **Oronde Booker**

Case number (if known)    **24-52404**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.23

$739.00

**Self/Lead Bank**
Nonpriority Creditor's Name
**901 E 6th Street, Suite 400**
Number      Street

**Austin              TX      78702**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Credit Card**

4.24

$1,000.00

**Shopify**
Nonpriority Creditor's Name
**151 O'Connor St., Ground Floor**
Number      Street
**Ottawa, ON K2P 2L8 Canada**

City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Account**

Debtor 1  **Pamela J Booker**
Debtor 2  **Oronde Booker**

Case number (if known) **24-52404**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.25**

| | | **$1,926.00** |
|---|---|---|

**UL Verification Services Inc.**
Nonpriority Creditor's Name
**333 Pfingsten Road**
Number      Street

**Northbrook, IL, 60062**

City      State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**possibly a personal gurantee on this debt**

Last 4 digits of account number  ___ ___ ___ ___
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Account**

**4.26**

| | | **$1,095.00** |
|---|---|---|

**Wakefield & Associates**
Nonpriority Creditor's Name
**Department #888640**
Number      Street

**Knoxville          TN     37995**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - CEP America, LLC**

Debtor 1    **Pamela J Booker**
Debtor 2    **Oronde Booker**

Case number (if known)    **24-52404**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Aidvantage - Department of Education**
Name
**P.O. Box 300001**
Number        Street

**Greenville        TX      75403-3001**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.5**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Aidvantage - Department of Education**
Name
**P.O. Box 300001**
Number        Street

**Greenville        TX      75403-3001**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.4**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**CEP America, LLC**
Name
**2100 Powell St**
Number        Street
**Suite 400**

**Emeryville        CA      94608**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.26**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Guy Riek**
Name
**Life Health Systems**
Number        Street
**325 Barclay Circle**

**Marietta        GA      30060**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.18**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Michael Welsh**
Name
**Welsh Law LLC**
Number        Street
**6300 Powers Ferry Drive Suite 600-295**

**Atlanta        GA      30339**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.11**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

Debtor 1   **Pamela J Booker**
Debtor 2   **Oronde Booker**

Case number (if known)   **24-52404**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Self/Lead Bank**
Name
**1801 Main St**
Number       Street

**Kansas City        MO      64108**
City                  State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.23**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**William Schoeberlein**
Name
**Cohn, Goldberg & Deutsch, LLC.**
Number       Street
**1099 Winterson Road, Suite 301**

**LINTHICUM HEIGHTS   MD    21090**
City                  State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.14**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

Debtor 1   **Pamela J Booker**

Debtor 2   **Oronde Booker**

Case number (if known)   **24-52404**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** $0.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d. $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $193,998.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** $206,792.67 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j. $400,790.67 |

**Fill in this information to identify your case:**

| Debtor 1 | **Pamela** First Name | **J** Middle Name | **Booker** Last Name |
|---|---|---|---|

| Debtor 2 (Spouse, if filing) | **Oronde** First Name | Middle Name | **Booker** Last Name |
|---|---|---|---|

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known)   **24-52404**

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed ☑ Not employed | ☐ Employed ☑ Not employed |
| **Occupation** | **self employed** | **self employed** |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____ Number  Street | _____ Number  Street |
|  | _____ | _____ |
|  | _____ | _____ |
|  | City          State   Zip Code | City          State   Zip Code |
| **How long employed there?** | _____ | _____ |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |

Debtor 1  **Pamela J Booker**
Debtor 2  **Oronde Booker**

Case number (if known) **24-52404**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................................ ➔ 4. | $0.00 | $0.00 |

**5.** List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $0.00 | $0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $0.00 | $0.00 |
| 5e. | Insurance | 5e. $0.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. $0.00 | $0.00 |
| 5g. | Union dues | 5g. $0.00 | $0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.➔ $0.00 | $0.00 |

**6.** Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   **6.** $0.00   $0.00

**7.** Calculate total monthly take-home pay.   Subtract line 6 from line 4.   **7.** $0.00   $0.00

**8.** List all other income regularly received:

| | | | |
|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. $3,508.70 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | Interest and dividends | 8b. $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | Unemployment compensation | 8d. $0.00 | $0.00 |
| 8e. | Social Security | 8e. $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify:  **Disability Insurance** | 8f. $2,550.00 | $0.00 |
| 8g. | Pension or retirement income | 8g. $0.00 | $0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.➔ $0.00 | $0.00 |

**9.** Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   **9.** $6,058.70   $0.00

**10.** Calculate monthly income.  Add line 7 + line 9.   **10.** $6,058.70 **+** $0.00 **=** $6,058.70
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   **11. +** $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11.  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   **12.** $6,058.70
**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.   **None.**
☐ Yes. Explain:

Debtor 1    **Pamela J Booker**
Debtor 2    **Oronde Booker**

Case number (if known)    **24-52404**

8a.  Attached Statement (Debtor 1)

### E Comm CTO

**Gross Monthly Income:**    **$3,550.00**

| Expense | Category | Amount |
|---|---|---|

**Total Monthly Expenses**    **$0.00**

**Net Monthly Income:**    **$3,550.00**

Debtor 1   **Pamela J Booker**
Debtor 2   **Oronde Booker**

Case number (if known)   **24-52404**

8a.  Attached Statement (Debtor 1)

**Book Dawg Sports**

**Gross Monthly Income:**                                                                              **$0.00**

| Expense | Category | Amount |
|---|---|---|
| Google Suites -- Emails | Software | **$41.30** |

**Total Monthly Expenses**                                                                     **$41.30**

**Net Monthly Income:**                                                                          **($41.30)**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pamela** | **J** | **Booker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Oronde** | | **Booker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | |
| Case number | **24-52404** | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

   　　　☑ No

   　　　☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**          ☐ No

   Do not list Debtor 1 and Debtor 2.          ☑ Yes. Fill out this information for each dependent...............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **16** | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**          ☑ No          ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**          4.          **$1,200.00**
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a.   Real estate taxes          4a.   _____

   4b.   Property, homeowner's, or renter's insurance          4b.   _____

   4c.   Home maintenance, repair, and upkeep expenses          4c.   _____

   4d.   Homeowner's association or condominium dues          4d.   _____

Debtor 1    **Pamela J Booker**
Debtor 2    **Oronde Booker**

Case number (if known)    **24-52404**

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. _____ **$325.00** |
| | 6b.  Water, sewer, garbage collection | 6b. _____ **$100.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ **$125.00** |
| | 6d.  Other.  Specify:  __Cell Phone__ | 6d. _____ **$350.00** |
| 7. | **Food and housekeeping supplies** | 7. _____ **$700.00** |
| 8. | **Childcare and children's education costs** | 8. _____ **$895.50** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. _____ **$166.67** |
| 10. | **Personal care products and services** | 10. _____ **$250.00** |
| 11. | **Medical and dental expenses** | 11. _____ |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. _____ **$481.67** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ |
| 14. | **Charitable contributions and religious donations** | 14. _____ **$55.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.   Life insurance | 15a. _____ |
| | 15b.   Health insurance | 15b. _____ |
| | 15c.   Vehicle insurance | 15c. _____ **$715.00** |
| | 15d.   Other insurance.  Specify: _____ | 15d. _____ |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a.   Car payments for Vehicle 1    **2019 Audi Q7** | 17a. _____ **$865.83** |
| | 17b.   Car payments for Vehicle 2 | 17b. _____ |
| | 17c.   Other.  Specify: _____ | 17c. _____ |
| | 17d.   Other.  Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |

Debtor 1    **Pamela J Booker**

Debtor 2    **Oronde Booker**                                   Case number (if known)   **24-52404**

**20.  Other real property expenses not included in lines 4 or 5 of this form or on
Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a.  Mortgages on other property | 20a. | _____ |
| 20b.  Real estate taxes | 20b. | _____ |
| 20c.  Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d.  Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e.  Homeowner's association or condominium dues | 20e. | _____ |

**21.  Other.**  Specify: _____   21. **+** _____

**22.  Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a.  Add lines 4 through 21. | 22a. | **$6,229.67** |
| 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c.  Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$6,229.67** |

**23.  Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a.  Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$6,058.70** |
| 23b.  Copy your monthly expenses from line 22c above. | 23b. **–** | **$6,229.67** |
| 23c.  Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($170.97)** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.  Explain here:
**None.**

Official Form 106J                  **Schedule J: Your Expenses**                  page 3

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pamela**<br>First Name | **J**<br>Middle Name | **Booker**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Oronde**<br>First Name | <br>Middle Name | **Booker**<br>Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known)      **24-52404**

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

**1.**   *Schedule A/B: Property* (Official Form 106A/B)

   1a.   Copy line 55, Total real estate, from Schedule A/B............................................. **$0.00**

   1b.   Copy line 62, Total personal property, from Schedule A/B................................... **$20,606.55**

   1c.   Copy line 63, Total of all property on Schedule A/B............................................. **$20,606.55**

## Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

**2.**   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a.   Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$26,805.00**

**3.**   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a.   Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... **$0.00**

   3b.   Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F.............................  **+**  **$400,790.67**

**Your total liabilities**   **$427,595.67**

## Part 3:    Summarize Your Income and Expenses

**4.**   *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I................................................................ **$6,058.70**

**5.**   *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J.......................................................................... **$6,229.67**

Debtor 1    **Pamela J Booker**
Debtor 2    **Oronde Booker**
                                                        Case number (if known)   **24-52404**

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---------|-------------------------------------------------------------------|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑   Yes

7.  **What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                          **$5,209.00**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

                                                                              **Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)                               **$0.00**

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)       **$0.00**

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)   **$0.00**

9d.  Student loans.  (Copy line 6f.)                                          **$193,998.00**

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)                                            **$0.00**

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   **+**      **$0.00**

9g.  **Total.**  Add lines 9a through 9f.                                     **$193,998.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pamela** | **J** | **Booker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Oronde** | | **Booker** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number **24-52404**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Pamela J Booker**                    X **/s/ Oronde Booker**
Pamela J Booker, Debtor 1                    Oronde Booker, Debtor 2

Date **04/07/2024**                          Date **04/07/2024**
MM / DD / YYYY                               MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION**

IN RE:                                *
                                      *        **Case No: 24-52404-PWB**
**PAMELA J BOOKER**                   *
**ORONDE BOOKER**                     *
                                      *        **Chapter 7**
                  Debtor(s)           *
                                      *

---

### CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing

AMENDMENT TO SCHEDULE F, I, J, SUMMARY OF SCHEDULES AND

DECLARATION OF SCHEDULES using the Bankruptcy Court's Electronic Case Filing

program, which sends a notice of this document and an accompanying link to this document

to all registered parties who have filed appearances in the above captioned as follows:

Cathy L. Scarver
P. O. Box 672587
Marietta, GA 30006

And all the creditors on the creditor matrix

This 18th day of April, 2024.

                                              /s/ Joycelyn Curry
                                              Joycelyn Curry
                                              Attorney for Debtor
                                              GA Bar No.: 142878

The Curry Firm, LLC
P.O. Box 162670
Atlanta, GA 30321
Phone: (404) 850-2330

SUPPLEMENTAL CREDITOR MATRIX

24-52404-PWB


Dekalb County Finance
Utilities Customer Operations
P.O. Box 71224
Charlotte, NC 28272

Dekalb County Sanitation
P.O. Box 71224
Charlotte, NC 28272-1224

DEUTSCHE BANK NATIONAL TRUST
C/O GREEN TREE SERVICING
7360 S KYRENE RD
TEMPLE HILLS, MD 20748

William Schoeberlein
Cohn, Goldberg & Deutsch, LLC.
1099 Winterson Road, Suite 301
LINTHICUM HEIGHTS, MD 21090

Shopify
151 O'Connor St., Ground Floor
Ottawa, ON K2P 2L8 Canada