UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Atlanta Division

In Re:  Debtor(s)

**Pamela J Booker**

**Oronde Booker**

Case No.: **24−52404−pwb**

Chapter: **7**

## NOTICE TO DEBTOR
## THAT COURSE ON FINANCIAL MANAGEMENT
## IS REQUIRED TO RECEIVE DISCHARGE

Upon review of the docket in the above−styled case, it appears that Debtor or Debtors (hereinafter "Debtor") has not filed Form 423 (Certification About a Financial Management Course) showing that Debtor has completed the personal financial management course or is exempt. Sections 727(a)(11), 1141(d)(3)(C), and 1328(g) of Title 11, U.S.Code, require an individual debtor in a Chapter 7, 11, or 13 case to complete an instructional course on personal financial management after filing the case unless Debtor obtains an order granting an applicable exemption provided by §109(h)(4). **To comply with the course requirement, a debtor must timely file Form 423 with the Clerk's office.** *See* Bankruptcy Rule 1007(b) and (c) and Official Form 423 (12/15). Failure to timely file Form 423 may result in the case being closed without Debtor receiving a discharge.

A **Chapter 7** debtor must file Form 423 within 60 days after the first date set for the meeting of creditors. **Chapter 11 and 13** debtors must file Form 423 no later than the date the last payment is made as required by the plan or the date a motion for entry of discharge is filed. If Debtor subsequently files a motion to reopen the case in order to file Form 423, Debtor must pay the appropriate fee to reopen the case. **THIS NOTICE WILL BE THE ONLY REMINDER ABOUT THE COURSE REQUIREMENT.**

This Notice will be served upon the Debtor, counsel for Debtor, and the Trustee.

Dated:  May 20, 2024

**\*\* Mailing Address**
 United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Form 417 (Effective 12/01/2015)

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 24-52404-pwb |
| Pamela J Booker | Chapter 7 |
| Oronde Booker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: admin | Page 1 of 2 |
| Date Rcvd: May 20, 2024 | Form ID: 417 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jtdb | + Pamela J Booker, Oronde Booker, 4203 Cheryl Ann Court, Stone Mountain, GA 30083-4201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin R Keck | on behalf of Plaintiff Pamela J Booker bkeck@kecklegal.com<br>2411851420@filings.docketbird.com,9222034420@filings.docketbird.com |
| Benjamin R Keck | on behalf of Plaintiff Oronde Booker bkeck@kecklegal.com<br>2411851420@filings.docketbird.com,9222034420@filings.docketbird.com |
| Cathy L. Scarver | trusteescarver@bellsouth.net  ga06@ecfcbis.com;papc1@bellsouth.net;mark@markalavicpa.com |
| Craig A. Cooper | on behalf of Plaintiff Pamela J Booker ccooper@kecklegal.com |
| Craig A. Cooper | on behalf of Plaintiff Oronde Booker ccooper@kecklegal.com |

| District/off: 113E-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2024 | Form ID: 417 | Total Noticed: 1 |

Ian M. Falcone
                on behalf of Defendant David Leroy Mills  Jr. legalassistant@falconefirm.com

Ian M. Falcone
                on behalf of Creditor David Leroy Mills  Jr. legalassistant@falconefirm.com

Ian M. Falcone
                on behalf of Counter-Claimant David Leroy Mills  Jr. legalassistant@falconefirm.com

Joycelyn R. Curry
                on behalf of Debtor Pamela J Booker jrcurryesq@gmail.com

Joycelyn R. Curry
                on behalf of Joint Debtor Oronde Booker jrcurryesq@gmail.com

Michelle E. Shriro
                on behalf of Creditor BREIT Stone Mountain Owner LLC mshriro@singerlevick.com  scotton@singerlevick.com

Office of the United States Trustee
                ustpregion21.at.ecf@usdoj.gov

TOTAL: 12