| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Pamela J Booker<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6352<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Oronde Booker<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5102<br>EIN   __–_____ |
| United States Bankruptcy Court   Northern District of Georgia | | |
| Case number:   24–52404–pwb | | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Pamela J Booker**                              **Oronde Booker**

                                                 **By the court:**   *Paul W. Bonapfel*

6/12/24

                                                 Paul W. Bonapfel
                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                            **Order of Discharge**                            page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**
>
> **This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 24-52404-pwb

Pamela J Booker  Chapter 7

Oronde Booker

    Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 3

Date Rcvd: Jun 12, 2024      Form ID: 318      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | + | Pamela J Booker, Oronde Booker, 4203 Cheryl Ann Court, Stone Mountain, GA 30083-4201 |
| cr | + | David Leroy Mills, Jr., 1041 Spring Acres Dr, Darlington, SC 29532-2159 |
| 24667927 | | ATLAS ADVANCED FUNDING, LLC., 1 32 32ND STREET, Springfield. IL 62703 |
| 24766833 | | Amazon Lending, 410 Avenue North, Seattle, WA 98109-5210 |
| 24667929 | + | BREIT STONE MOUNTAIN OWNER, LLC,, c/o Luke A. Kill, Andre Kill & McCarthy, LLP, 244 Roswell Street, Suite 1000, Marietta, GA 30060-2007 |
| 24728446 | | DEUTSCHE BANK NATIONAL TRUST, C/O GREEN TREE SERVICING, 7360 S KYRENE RD, TEMPLE HILLS, MD 20748 |
| 24667935 | #+ | DR LOCS, 5901 Goshen Springs Rd, Ste D, Norcross, GA 30071-3506 |
| 24667932 | + | David L. Mills, 1041 Spring Acres Dr, Darlington, SC 29532-2159 |
| 24667933 | + | Dekalb County Finance, Utilities Customer Operations, P.O. Box 71224, Charlotte, NC 28272-1224 |
| 24728445 | | Dekalb County Sanitation, P.O. Box 71224, Charlotte, NC 28272-1224 |
| 24667936 | + | Extra Space Storage, 2232 Mountain Industrial Blvd, Tucker, GA 30084-5014 |
| 24667937 | | Guy Riek, Life Health Systems, 325 Barclay Circle, Marietta, GA 30060 |
| 24766832 | + | Kiva Loan, 986 Mission Street, 4th Floor, San Francisco, CA 94103-2970 |
| 24667939 | + | Koils by Nature, LLC, 4325 1st Avenue, #2549, Tucker, GA 30084-4498 |
| 24667940 | + | Michael Welsh, Welsh Law LLC, 6300 Powers Ferry Drive Suite 600-295, Atlanta, Georgia 30339-2919 |
| 24667942 | | Rithum, 1201 Peachtree St NE, Suite 600, Atlanta, GA 30361-3510 |
| 24667943 | + | Robert Federal, The Federal Firm, LLC, 10 Glenlake Parkway, Suite 130, Atlanta, Georgia 30328-3495 |
| 24667947 | + | Wakefield & Associates, Department #888640, Knoxville, TN 37995-0001 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: NFCU.COM | Jun 13 2024 00:18:00 | Navy Federal Credit Union, PO Box 3502, Merrifield, VA 22119-3502 |
| 24667922 | + | Email/Text: bncnotifications@pheaa.org | Jun 12 2024 20:34:00 | AES Credit, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 24667921 | + | Email/Text: bankruptcy@acimacredit.com | Jun 12 2024 20:36:00 | Acima Digital FKA Simple, 13907 S Minuteman Dr FL 5, Draper, UT 84020-9869 |
| 24667924 | | EDI: MAXMSAIDV | Jun 13 2024 00:18:00 | Aidvantage - Department of Education, P.O. Box 300001, Greenville, TX 75403-3001 |
| 24667923 | | EDI: MAXMSAIDV | Jun 13 2024 00:18:00 | Aidvantage - Department of Education, P.O. Box 4450, Portland, OR 97208-4450 |
| 24667925 | + | Email/PDF: bncnotices@becket-lee.com | Jun 12 2024 20:38:34 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 24667926 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 12 2024 20:34:00 | Apple Card - GS Bank, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-6112 |
| 24667928 | + | Email/Text: bknotices@mbandw.com | Jun 12 2024 20:35:00 | Attentive Mobile, INC, c/o McCarthy, Burges |

| District/off: 113E-9 | User: bncadmin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2024 | Form ID: 318 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | &Wolff, The MB&W Building, 26000 Cannon Road, Cleveland, Ohio 44146-1807 |
| 24667931 | | Email/Text: bankruptcy.notices@vituity.com | Jun 12 2024 20:34:00 | CEP America, LLC, 2100 Powell St, Suite 400, Emeryville, CA 94608 |
| 24667934 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 12 2024 20:35:29 | DIVVY, C/O Caine & Weiner, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411-2532 |
| 24766831 | + | Email/Text: bankruptcynotices@gusto.com | Jun 12 2024 20:34:00 | Gusto, 525 20th Street, San Francisco, CA 94107-4345 |
| 24667938 | + | EDI: LCIICSYSTEM | Jun 13 2024 00:18:00 | I C System, Inc., P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 24667941 | + | EDI: NFCU.COM | Jun 13 2024 00:18:00 | Navy Federal Credit Union, P.O. Box 37000, Merrifield, VA 22119-0001 |
| 24667945 | | Email/Text: bankruptcy@self.inc | Jun 12 2024 20:34:00 | Self/Lead Bank, 1801 Main St, Kansas City MO 64108 |
| 24667944 | | Email/Text: bankruptcy@self.inc | Jun 12 2024 20:34:00 | Self/Lead Bank, 901 E 6th Street, Suite 400, Austin, TX 78702 |
| 24667946 | + | Email/Text: legal.department@ul.com | Jun 12 2024 20:36:00 | UL Verification Services Inc., 333 Pfingsten Road, Northbrook, IL 60062-2002 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 24667930 | | Brian Burton |
| 24728444 | *+ | Dekalb County Finance, Utilities Customer Operations, P.O. Box 71224, Charlotte, NC 28272-1224 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin R Keck | on behalf of Plaintiff Oronde Booker bkeck@kecklegal.com 2411851420@filings.docketbird.com,9222034420@filings.docketbird.com |
| Benjamin R Keck | on behalf of Counter-Defendant Oronde Booker bkeck@kecklegal.com 2411851420@filings.docketbird.com,9222034420@filings.docketbird.com |
| Benjamin R Keck | on behalf of Counter-Defendant Pamela J Booker bkeck@kecklegal.com |

| District/off: 113E-9 | User: bncadmin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2024 | Form ID: 318 | Total Noticed: 34 |

2411851420@filings.docketbird.com,9222034420@filings.docketbird.com

Benjamin R Keck
   on behalf of Plaintiff Pamela J Booker bkeck@kecklegal.com
   2411851420@filings.docketbird.com,9222034420@filings.docketbird.com

Cathy L. Scarver
   trusteescarver@bellsouth.net ga06@ecfcbis.com;papc1@bellsouth.net;mark@markalavicpa.com

Craig A. Cooper
   on behalf of Plaintiff Pamela J Booker ccooper@kecklegal.com

Craig A. Cooper
   on behalf of Plaintiff Oronde Booker ccooper@kecklegal.com

Ian M. Falcone
   on behalf of Creditor David Leroy Mills  Jr. legalassistant@falconefirm.com

Ian M. Falcone
   on behalf of Counter-Claimant David Leroy Mills  Jr. legalassistant@falconefirm.com

Ian M. Falcone
   on behalf of Defendant David Leroy Mills  Jr. legalassistant@falconefirm.com

Joycelyn R. Curry
   on behalf of Joint Debtor Oronde Booker jrcurryesq@gmail.com

Joycelyn R. Curry
   on behalf of Debtor Pamela J Booker jrcurryesq@gmail.com

Michelle E. Shriro
   on behalf of Creditor BREIT Stone Mountain Owner LLC mshriro@singerlevick.com  scotton@singerlevick.com

Office of the United States Trustee
   ustpregion21.at.ecf@usdoj.gov

TOTAL: 14