**IT IS ORDERED as set forth below:**



**Date: June 21, 2024**

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>PAMELA J. BOOKER and ORONDE BOOKER,<br><br>Debtors. | CASE NO. 24-52404-PWB<br><br>CHAPTER 7 |

ORDER VACATING ORDER OF DISCHARGE

On June 12, 2024, the Court entered an Order of discharge as to both Debtors in this case. On May 12, 2024, David Leroy Mills, Jr., filed an answer and counterclaim in adversary proceeding 24-5077-pwb, *Pamela J. Booker and Oronde Booker v. David Leroy Mills, Jr*. Because the counterclaim includes an objection to the Debtors' discharge pursuant to 11 U.S.C. § 727(a)(3), (4), and (5), the Order of discharge was entered in error.

Accordingly, pursuant to FED. R. CIV. P. 60(a), made applicable by FED. R. BANKR. P. 9024, it is

ORDERED that the Order of discharge entered June 12, 2024 is vacated in its entirety.

**END OF ORDER**

**Distribution List**

Pamela J Booker
4203 Cheryl Ann Court
Stone Mountain, GA 30083

Oronde Booker
4203 Cheryl Ann Court
Stone Mountain, GA 30083

Joycelyn R. Curry
The Curry Firm, LLC
P.O. Box 162670
Atlanta, GA 30321

Craig A. Cooper
Keck Legal, LLC
Suite 104-252
2566 Shallowford Road
Atlanta, GA 30345

Benjamin R Keck
Keck Legal, LLC
Druid Chase - Suite 115
2801 Buford Highway NE
Atlanta, GA 30329

Ian M. Falcone
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA 30060

David Leroy Mills, Jr.
1041 Spring Acres Dr.
Darlington, SC 29532